DECEMBER 2, 1948.

No. 244, Misc. WHEELER *v.* REID, SUPERINTENDENT. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Motion for reconsideration of the order denying stay of execution also denied. *James J. Laughlin* for petitioner.

DECEMBER 6, 1948.

No. 263. WIXMAN *v.* UNITED STATES.

*Per Curiam:* The petition for writ of certiorari is granted. The judgment of the Court of Appeals affirming the judgment of the District Court is reversed for the reason that there is insufficient evidence in the record to support it. The judgment of the District Court is vacated and the case is remanded to that court for further proceedings. *A. L. Wirin* and *Fred Okrand* for petitioner. *Solicitor General Perlman* filed a memorandum for the United States suggesting that certiorari issue and that, without further argument, the judgment below be reversed and the cause remanded to the District Court. Briefs of *amici curiae* supporting the petition were filed by *Charles A. Horsky, Julien Cornell, Osmond K. Fraenkel* and *Arthur Garfield Hays* for the American Civil Liberties Union; *Robert W. Kenney* for the National Lawyers Guild et al.; and *Isaac Pacht, Clore Warne, Irving Hill, Shad Polier, William Maslow* and *Joseph B. Robison* for the American Jewish Congress.

No. 369. BETHLEHEM STEEL Co. *v.* MOORES.

*Per Curiam:*
The judgment is affirmed. *Davis* v. *Department of Labor,* 317 U. S. 249. *Wm. Dwight Whitney* for appellant. *Samuel B. Horovitz* for appellee.

No. 393. WISNER *v.* KAMINSKI.
*Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Ralph Atkinson* for appellant. *Henderson H. Carson* for appellee.

No. 397. BRADY TRANSFER & STORAGE CO. ET AL. *v.* UNITED STATES ET AL.
*Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *United States* v. *Carolina Freight Carriers Corp.,* 315 U. S. 475. *Rex H. Fowler, John S. Burchmore, Robert N. Burchmore* and *Nuel D. Belnap* for the Brady Transfer & Storage Co.; and *James E. Wilson* for the Irregular Route Common Carrier Conference of the American Trucking Assns., Inc., appellants. *Solicitor General Perlman* and *Daniel W. Knowlton* for the United States et al., appellees.

No. 400. HALL *v.* VIRGINIA.
*Per Curiam:* The motion to dismiss is granted and the appeal is dismissed. MR. JUSTICE DOUGLAS and MR. JUSTICE MURPHY are of opinion that probable jurisdiction should be noted. *Hayden C. Covington* and *Thos. H. Stone* for appellant. *J. Lindsay Almond, Jr.* for appellee.